COLLINS COLLINS
MUIR + STEWART
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROR SOREF, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF BUSINESS OVERSIGHT (formerly known as the CALIFORNIA DEPARTMENT OF CORPORATIONS); CALIFORNIA DEPARTMENT OF INSURANCE; COUNTY OF LOS ANGELES, JACKIE LACEY, in her Official and Individual Capacities; DAVE JONES, in his Official and Individual Capacities; JAN LYNN OWEN, in her Official and Individual Capacities; RENE CARTAYA, in her Official and Individual Capacities; BLAINE NOBLETT, , in his Official and Individual Capacities; JUNE J. ARAGO (a.k.a. JOJO ARAGO), in his Official and Individual Capacities; and DOES 1 through 60, Inclusive, <br><br> Defendants | CASE NO. 2:17-cv-5901-R-AFM <br> *[Assigned to the Hon. Manuel L. Real in Courtroom 880]* <br><br> **JUDGMENT** <br><br><br><br><br><br><br><br><br><br><br><br> **Complaint Filed:** 08/09/2017 <br><br><br> **Trial Date:** 09/25/2018 |

20719

1
**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

On November 20, 2017, Defendants County of Los Angeles, Jackie Lacey, and Rene Cartaya brought a motion to dismiss Plaintiff Dror Soref's First Amended Complaint. On November 21, 2017, Defendants California Department of Insurance ("DOI"), Dave Jones, and June Arago brought a motion to dismiss Plaintiff's First Amended Complaint. The Court considered all moving, opposition and reply papers and corresponding exhibits and took the matter under submission on December 12, 2017 and on December 29, 2017, respectively.

On January 23, 2018, the Court issued an order GRANTING the motion to dismiss in favor of Defendants DOI, Dave Jones, and June Arago. The Court further granted Plaintiff leave to file a Sur-Reply to respond to arguments raised in the Reply brief of Defendants County of Los Angeles, Jackie Lacey and Rene Cartaya. The order issued by the Court on January 23, 2018 is attached hereto as **Exhibit 1**.

On February 8, 2018, after considering the Sur-Reply filed by Plaintiff, this Court issued an order GRANTING the motion to dismiss filed by County of Los Angeles, Jackie Lacey, and Rene Cartaya. The order issued by the Court on February 8, 2018 is attached hereto as **Exhibit 2**. Based on the foregoing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. Judgment is entered in favor of Defendants DOI, County of Los Angeles, Jackie Lacey, Dave Jones, Rene Cartaya, and June J. Arago (collectively "Defendants");
2. Plaintiff Dror Soref shall take nothing as against Defendants; and
3. All claims against all Defendants shall be dismissed on their merits.

Dated: March 14, 2018

_____
Hon. Manuel L. Real